No. 93–2074. OJAI UNIFIED SCHOOL DISTRICT ET AL. *v.* JACKSON, A MINOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–2075. FERRO *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–2076. BABY K, THROUGH HER GUARDIAN AD LITEM, MR. K, ET AL. *v.* MS. H. C. A. 4th Cir. Certiorari denied.

No. 93–2077. HANSEN *v.* OREGON ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–2078. TRIMIEW ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–2079. AURITI *v.* SEGAL ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–2080. HENDERSON ET AL. *v.* UNITED STATES ARMY CORPS OF ENGINEERS, DEPARTMENT OF THE ARMY, THROUGH STONE, SECRETARY OF THE ARMY. C. A. 5th Cir. Certiorari denied.

No. 93–2081. REIMANN ET AL. *v.* HUDDLESTON, TENNESSEE COMMISSIONER OF REVENUE. Ct. App. Tenn. Certiorari denied.

No. 93–2082. ASSOCIATION OF CHRISTIAN ACADEMIES AND COLLEGES OF PUERTO RICO ET AL. *v.* PUERTO RICO DEPARTMENT OF EDUCATION ET AL. Sup. Ct. P. R. Certiorari denied.

No. 93–2083. CAMPBELL *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 93–2084. BENJAMIN *v.* ADAM ET AL. Super. Ct. Pa. Certiorari denied.

No. 93–2085. EVANS *v.* CALIFORNIA DEPARTMENT OF MOTOR VEHICLES ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.